NO. 07-07-0293-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 23, 2007

_____

JEFFREY DAVID BAXTER, APPELLANT

V.

SHANNON KATHLEEN BAXTER, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NUMBER ONE OF WILLIAMSON COUNTY;

NO. 05-2558-FC1; HONORABLE SUZANNE BROOKS, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Jeffrey David Baxter's Amended Motion to Dismiss this appeal. The certificate of conference reflects that Shannon Kathleen Baxter is not opposed to the motion being granted. Without passing on the merits of the appeal, Jeffrey David Baxter's motion is granted and the appeal is hereby dismissed. Tex. R. App. P.

42.1(a)(1).  Having dismissed the appeal at Mr. Baxter's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Patrick A. Pirtle
Justice